■ In the Matter of GREGORY BRADBURY, Appellant, v GENEVA MONAGHAN, Respondent. (Appeal No. 2.) [907 NYS2d 910]—Appeal from an order of the Family Court, Onondaga County (David J. Roman, J.H.O.), entered November 18, 2009 in a proceeding pursuant to Family Court Act article 6. The order dismissed the application of petitioner to vacate an order entered June 11, 2009.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Bradbury v Monaghan* (77 AD3d 1424 [2010] [decided herewith]). Present—Centra, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.

■ In the Matter of FRANCIS PAGE, Appellant, v JEAN ELLEN PAGE, Respondent. [908 NYS2d 381]—Appeal from an order of the Family Court, Erie County (Paul G. Buchanan, J.), entered October 19, 2009 in a proceeding pursuant to Family Court Act article 4. The order denied the objection of petitioner to the order of the Support Magistrate.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.

■ DENITA SCHRADER, Appellant, v DANIEL SCHRADER, Respondent. [908 NYS2d 381]—Appeal from an order of the Supreme Court, Niagara County (Frank Caruso, J.), entered May 26, 2009. The order denied the application of plaintiff for a determination that the early supplemental retirement benefits of defendant are marital property.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.